[No. 9128–3–II.   Division Two.   March 25, 1987.]

KENNETH MULENEX, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–2–00143–2, D. Gary Steiner, J., entered
September 10, 1985. *Affirmed* by unpublished opinion per

Reed, C.J., concurred in by Worswick and Alexander, JJ. Now published at 47 Wn. App. 486.